# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **DANNY WILLIAMS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Civil Action No.** |
| v. | : | **5:01-CV-292(HL)** |
| | : | |
| **JAMES E. DONALD, Commissioner,** | : | |
| Georgia Department of Corrections, | : | |
| and **VICTOR WALKER,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

This case is on remand from the Eleventh Circuit Court of Appeals with instructions to dismiss this action as moot. Accordingly, it is hereby ordered that this case is dismissed as moot.

**SO ORDERED**, this the 15th day of April, 2009.

                                            *s/  Hugh Lawson*
                                            **HUGH LAWSON, Judge**

dhc